UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITEDHEALTHCARE INSURANCE COMPANY,    Civil Action No.: 1:17-cv-04382 (RJS)

                Plaintiff,

     -against-    **NOTICE OF DISMISSAL**

PERMANENT MISSION OF NIGERIA
TO THE UNITED NATIONS,

                Defendant.
-----------------------------------------------------------X

       Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff UnitedHealthcare Insurance Company and its undersigned counsel hereby give notice that the above-captioned action is voluntarily dismissed with prejudice against the defendant Permanent Mission of Nigeria to the United Nations. The parties shall bear their own costs associated with this action.

Dated: August 7, 2017
       New York, New York

                              Respectfully submitted,

                              /s/Michael H. Bernstein
                              Michael H. Bernstein (MB 0579)
                              Jovana Vujovic (JV 1010)
                              SEDGWICK LLP
                              225 Liberty Street, 28th Floor
                              New York, New York 10281-1008
                              Telephone:  (212) 422-0202
                              Facsimile:  (212) 422-0925
                              *Attorneys for Plaintiff*
                              *UnitedHealthcare Insurance Company*

To:    Permanent Mission of Nigeria to the United Nations
        Attn:  Cyprian Heen
        828 Second Avenue
        New York, New York 10017